IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESSICA ANN LOERZEL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 3:26-cr-049<br><br>**INFORMATION**<br><br>T. 15 U.S.C. § 645 |

**THE UNITED STATES ATTORNEY CHARGES:**

## Introduction

At all times relevant to this Information:

1. JESSICA ANN LOERZEL, created Symmetry Beauty Lounge LLC (hereinafter "Symmetry Lounge"), and listed a business address located in Davenport, Iowa, in the Southern District of Iowa.

2. Boss Tax and Accounting Services was also a business located in Davenport, Iowa, in the Southern District of Iowa.

3. Biz2Credit, Inc. (hereinafter "Biz2Credit"), was a Delaware corporation with its principal place of business in New York. Itria Ventures LLC (hereinafter "Itria") is a Delaware limited liability company with its principal place of business in New York. Itria is a wholly owned subsidiary of Biz2Credit. Itria was a non-bank lender authorized by the Small Business Administration to originate Paycheck Protection Program loans. Itria used Internet computer servers outside the State of Iowa. Itria approved PPP loan proceeds that were disbursed from its banks in California or New York.

**THE PAYCHECK PROTECTION PROGRAM**

4. The United States Small Business Administration (SBA) is an Executive-branch agency of the United States government that provides support to entrepreneurs and small businesses. The mission of the SBA is to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in economic recovery after disasters.

5. As part of this effort, the SBA enables and provides for loans through banks, credit unions, and other lenders. These loans have government-backed guarantees.

6. The 2020 CARES Act established the Paycheck Protection Program (PPP), which was a COVID-19 pandemic relief program administered by the SBA that provided forgivable loans to small businesses for job retention and certain other expenses. The PPP permitted participating third-party and non-bank lenders to approve and disburse SBA-backed PPP loans to cover payroll, fixed debts, utilities, rent/mortgage, accounts payable, and other bills incurred by qualifying businesses during, and resulting from, the COVID-19 pandemic. PPP loans were fully guaranteed by the SBA.

7. The PPP application process required applicants to submit a Borrower Application Form (SBA Form 2483) through an SBA-approved financial entity signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program

rules and make certain affirmative certifications to be eligible to obtain the PPP loan. In the PPP loan application, the small business (through its authorized representative) was required to certify: (a) that the small business was in operation on February 15, 2020; (b) the average monthly payroll expenses; and (c) the number of employees. These certifications were used to calculate the amount of money the small business was allowed to receive under the PPP. In support of the submitted "average monthly payroll" figure, the loan application recommended documentation that may include: payroll tax filings reported to the IRS such as Form 940, 941, 943 or 944 tax returns or payroll summary records; Form 1099-Misc; or certain published PPP Reports; or Annual Income and Expense statements (for sole proprietorships only); or business tax returns (Form 1040 Schedule C, Form 1040 Schedule F, Form 1120S, Form 1120, or Form 1065). SBA lenders and approved entities also commonly required additional supporting documentation to include business bank statements, personal financial statements, and other financial documentation.

8. PPP loan applications were electronically submitted or caused to be electronically submitted by the borrower to the lender. These applications were then submitted to the SBA, which assigned each application a reference number, called an "e-tran" number. Once approved, the business received the PPP loan proceeds via an electronic funds transfer from the third-party lender to a designated financial account of the applicant's business.

9. Under the acknowledged program rules, the proceeds of a PPP loan could be used for certain specified items, such as payroll costs, costs related to the continuation of group health care benefits, or mortgage interest payments. The proceeds of a PPP loan were not permitted to be used by the borrowers to purchase consumer goods, automobiles, personal residences, to pay the borrower's personal federal income taxes, or to fund the borrower's ordinary day-to-day living expenses unrelated to the specified authorized expenses. Any outside agents who assist borrowers with loan applications cannot be paid out of loan proceeds, the lender will pay the agent, and agents may not collect fees from the applicant.

10. The submitted application required the borrower to make the following certifications:

a. "I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from the SBA is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 U.S.C 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000."

**Count 1**
**(False Statement to the Small Business Administration)**

11. Paragraphs 1-10 of this Information are re-alleged and incorporated herein.

12. On or about January 31, 2021, in the Southern District of Iowa, the defendant, JESSICA ANN LOERZEL, did knowingly make a false statement for the purpose of obtaining any loan and for the purpose of influencing in any way the action of the Small Business Administration, to wit: in an application for a Paycheck Protection Program Loan certified that Symmetry Beauty Lounge, LLC had an average monthly payroll of $41,626.

This is a violation of Title 15, United States Code, Section 645.

David C. Waterman
United States Attorney

By: ______________________
Joseph H. Lubben
Assistant United States Attorney